

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00337-CR & 04-19-00338-CR

Ronald Edward **COUNTY**, a.k.a. Ronald Wilson,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR6020 & 2018CR1609
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED, and counsel's motion to withdraw is GRANTED.

The trial court clerk is ORDERED to prepare and file a corrected bill of costs reflecting that no court-appointed attorney's fees are assessed against Ronald Edward County, a.k.a. Ronald Wilson, in trial court cause number 2018CR1609.

SIGNED May 6, 2020.

_____
Irene Rios, Justice